AP-77,041
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/15/2015 10:45:16 AM
Accepted 7/15/2015 11:02:36 AM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS AT AUSTIN

FILED IN
COURT OF CRIMINAL APPEALS

July 15, 2015

ABEL ACOSTA, CLERK

BRIAN SUNIGA,  
**Appellant**

§  
§  
§  
§  

**v.**

§  
§  

**No. AP-77,041**

THE STATE OF TEXAS,  
**Appellee**

§  
§  
§  
§  
§  

_____ §

## UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPELLANT'S OPENING BRIEF

Comes now, Brian Suniga, Appellant, by and through counsel and files this Unopposed Motion for Extension of Time in which to file Appellant's Opening Brief, in support whereof Appellant states the following:

I.

Appellant was convicted of capital murder and sentenced to death on May 20, 2014, in the 140th Judicial District Court, Lubbock County, Texas, the Honorable Jim B. Darnell presiding, Case No. 2012-434,109.

II.

Appellant filed a designation of the record on June 27, 2014. A Clerk's Record was initially filed on September 19, 2014, and a Reporter's Record was

1

filed on April, 1, 2015. Upon various omissions in both the Clerk's Record and the Reporter's Record being discovered by undersigned counsel, a "Motion to Abate Appeal for the Trial Court to Enter Findings of Fact and Conclusions of Law and for Completion of Record" was filed on April 29, 2015. That Motion also requested thirty days in which to file Appellant's Opening Brief upon completion of the record, in accordance with TEX. R. APP. P. 38.6. Appellant's case was duly abated and remanded to the trial court on May 20, 2015. On June 22, 2015, additional volumes supplementing the Reporter's Record were filed. On the same date, a further volume of the Clerk's Record was filed, and a sealed volume of Clerk's Record was also filed. As stated in a letter of this Court dated June 22, 2015, Appellant's Opening Brief is currently due on July 22, 2015.

## III.

The Reporter's Record now consists of 44 volumes and the Clerk's Record of 5 volumes. The sheer length of the record in this case requires additional time in order to properly identify and present the pertinent issues for review. Counsel has already identified at least nine points of error specific to this case, all of which require legal research and extensive briefing to present the necessary arguments, along with eight points of error concerning challenges to the death penalty statute and sentencing scheme. It seems reasonable to predict that further issues will arise

as counsel's review of the record continues.

IV.

In addition to the work that currently needs to be done on Appellant's case, and other professional commitments, counsel represents another death-sentenced inmate, Christopher Chubasco Wilkins - *see Wilkins v. State*, No. AP-75,878, 2010 Tex. Crim. App. LEXIS 622 * 1-3 (Tex. Crim. App. 2010)(not designated for publication); *Ex Parte Wilkins*, No. WR-75,229-01, 2011 Tex. Crim. App. Unpub. 70 (Tex. Crim. App. February 2, 2011)(not designated for publication). An execution date of Wednesday October 28, 2015, has recently been set in Mr. Wilkins' case. Undersigned counsel, a sole practitioner, represented Mr. Wilkins throughout his federal habeas corpus litigation, and continues to represent him. It is necessary to Mr. Wilkins' case for undersigned counsel to investigate and prepare a subsequent application pursuant to Art. 11.071 § 5, and also to prepare a Petition for Clemency. It is anticipated that it may also be necessary to conduct further federal litigation on Mr. Wilkins' behalf, and to raise challenges to the lethal injection chemicals and protocols utilized by the Texas Department of Criminal Justice.

V.

Counsel is scheduled to attend the National Federal Habeas Corpus Seminar

3

to be held August 13-16, 2015, in Charlotte, NC. This event, organized by the Administrative Office of the United States Courts, is the only nationally-available training devoted to federal habeas corpus litigation, and provides 17 hours of Continuing Legal Education relevant to death penalty cases. Undersigned counsel has been awarded a scholarship to pay for travel and accommodation, as well as a place at the seminar itself.

## VI.

Additionally, undersigned counsel has a pre-booked, pre-paid trip to her native England from July 20-31, 2014, to see family for the first time in two years.

## VII.

A criminal appellant, just like a criminal defendant at trial, is entitled to the effective assistance of counsel. *Evitts v. Lucey*, 469 U.S. 387, 396 (1985); *Ward v. State*, 740 S.W.2d 794 (Tex. Crim. App. 1987). In light of the above commitments, undersigned counsel, in her professional opinion, cannot prepare an Opening Brief in this capital case to a sufficient standard by the current deadline, and requires an additional 120 days in order to do so.

## VIII.

Undersigned counsel spoke today by telephone with Jeffrey Ford, Assistant Criminal District Attorney for Lubbock County, who is appellate counsel for the

State of Texas in this matter. Mr. Ford stated that he has no objection to Appellant's request for this extension of time.

## CONCLUSION AND PRAYER.

For the above stated reasons, counsel respectfully requests an extension of 120 days to Thursday, November 19, 2015 for the completion of Appellant's Opening Brief.

Respectfully submitted,

_Hilary Sheard_

_____

HILARY SHEARD
Law Office of Hilary Sheard
7301 Burnet Road # 102-328
Austin, Texas 78757
Phone (512) 524 1371
Fax (512) 646 7067
HilarySheard@Hotmail.com

*Attorney for Appellant .*

## CERTIFICATE OF SERVICE

I certify that on July 15, 2015, a copy of the foregoing pleading was served electronically via www.efileTexas.gov on:

Jeffrey S. Ford, Esq.
Chief - Appellate Division
Lubbock County District Attorney's Office
Lubbock County Courthouse
904 Broadway - 2nd Floor
P.O. Box 10536
Lubbock, Texas 79408.
JFord@LubbockCDA.com


_____
Hilary Sheard.